IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GODDARD SYSTEMS, INC., <br>          Plaintiff, <br><br> v. <br><br> NICHELLE STEWART, <br> RANDY HILLARD, <br> KN LEARNING, INC., <br> INTERNATIONAL PRESCHOOL LLC, <br> MDJ DEVELOPMENT, LLC, and <br> MICHAEL DAVID JOHNSON, <br>          Defendants. | CIVIL ACTION <br><br><br><br> NO.  17-575 |
| GODDARD SYSTEMS, INC., <br>          Plaintiff, <br><br> v. <br><br> MDJ DEVELOPMENT, LLC, and <br> TEXAS GODDARD, LLC, <br>          Defendants. | CIVIL ACTION <br><br><br><br> NO.  18-779 |

## AMENDED SCHEDULING ORDER

**AND NOW**, this 20th day of May, 2019, upon consideration of Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to F.R.Civ.P. 12(B)(2) filed by defendants, International Preschool, LLC, MDJ Preschool, LLC and Michael David Johnson (Document No. 17, Civil Action No. 17-575, filed April 14, 2017), **IT IS ORDERED** that supplemental memoranda of law shall be filed on the following schedule:

1. Plaintiff – on or before June 14, 2019; and,

2. Moving defendants – on or before June 28, 2019.

Two (2) copies of each such memorandum shall be served on the Court (Chambers, Room 12613) when the original is filed.

Upon consideration Texas Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, Motion to Dismiss for Improper Venue, and Motion to Stay (Document No. 8, Civil Action No. 18-779, filed April 6, 2018), and KNL Defendants' Motion to Dismiss for Improper Venue, and Motion to Stay (Document No. 9, Civil Action No. 18-779, filed April 13, 2018), **IT IS FURTHER ORDERED** that plaintiff shall file and serve responses on or before June 14, 2019.  Moving defendants are granted leave to file and serve replies on or before June 28, 2019.  Two (2) copies of each such document shall be served on the Court (Chambers, Room 12613) when the original is filed.

Upon consideration of Motions to Consolidate filed by plaintiff, Goddard Systems, Inc. (Document No. 79, Civil Action No. 17-575, Document No. 7, Civil Action No. 18-779, filed March 27, 2019), **IT IS FURTHER ORDERED** that plaintiff is granted leave to file and serve replies not to exceed five (5) pages on or before June 14, 2019.  Two (2) copies of each reply shall be served on the Court (Chambers, Room 12613) when the original is filed.

**IT IS FURTHER ORDERED** that the following attorneys are **DESIGNATED** as liaison counsel:

1. Michael Eidel, Esquire – Plaintiff, Goddard Systems, Inc.;

2. Warren Fitzgerald, Jr., Esquire – Defendants, Nichelle Stewart, Randy Hilliard and KNL Leaning, Inc.; and,

3. Chevazz Brown, Esquire – Defendants, International Preschool, LLC, MDL Development, LLC and Michael David Johnson.

                                                **BY THE COURT:**

                                                /s/ Hon. Jan E. DuBois

                                                **DuBOIS, JAN E., J.**